USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/6/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARIA FRANCISCA TUBA PULLA,
JOSELINE ADRIANA TUBA-TUBA, and
YARITZA TUBA-TUBA,

     *Petitioners,*

-v.-

TODD M. LYONS, Director of U.S.
Immigration and Customs Enforcement;

KEN GENALO, Field Office Director,
New York City Field Office, Enforcement
and Removal Operations; U.S. Immigration
And Customs Enforcement;

KRISTI NOEM, Secretary of the
Department of Homeland Security;

PAMELA BONDI, Attorney
General of the United States
     *Respondents.*

---

WRIT OF HABEAS CORPUS
A. No. 213-553-192

### PETITIONER'S MOTION FOR VOLUNTARY DISMISSAL
### PURSUANT TO FED. R. CIV. P. 41(a)(2)

Petitioner, by and through undersigned counsel, respectfully moves this Court for an Order dismissing the above-captioned action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

In support of this motion, Petitioner states as follows:

1. This action was filed on April 1, 2026.
2. Following the filing, counsel identified an inadvertent factual error in a supporting submission. Counsel immediately notified the Court upon discovering the issue.
3. In light of that circumstance, Petitioner seeks to withdraw the petition.
4. Under the facts of the case, counsel contemplates no reason to pursue this petition.
5. Petitioner makes this request in good faith.
6. Dismissal without prejudice will not result in legal prejudice to Respondent.

WHEREFORE, Petitioner respectfully requests that the Court enter an Order dismissing this action without prejudice.

Respectfully submitted,

Dated: April 2, 2026
White Plains, New York

Respectfully submitted,

*s / S. Michael Musa-Obregon*
S. Michael Musa-Obregon, Esq.

MUSA-OBREGON LAW P.C.
140 Grand Street, Suite 307
White Plains, NY 10601
michael@musa-obregon.com
718-803-1000

**Granted. SO ORDERED.**
Should Petitioners choose to re-instate this action, they shall
note in the Civil Cover Sheet the case number under which
it was originally filed before this Court.

Date: 4/6/2026
New York, New York

Mary Kay Vyskocil
United States District Judge